IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 1:11-cv-330 |
| | § | |
| REMINGTON, MODEL 58, 12 GAUGE | § | |
| SHOTGUN, SN: 9181V *et al.* | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court referred this matter to the Hon. Earl S. Hines, United States magistrate judge, for all pretrial matters pursuant to General Order 93-11. On August 9, 2011, this case was reassigned to United States Magistrate Judge Zack Hawthorn. The Court has received and considered the report (Docket No. 9) of the magistrate judge, who recommends that the Court grant the Government's "Motion for Default Judgment" (Docket No. 7) and enter final judgment. On March 6, 2012, potential claimant Megan Fountain received a copy of the report and recommendation. (Docket No. 11.) No objections to the report and recommendation have been filed. The Court's independent review confirms that the magistrate judge's analysis is correct.

The magistrate judge's report and recommendation (Docket No. 9) is **ADOPTED**, and the Government's "Motion for Default Judgment" (Docket No. 7) is **GRANTED**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **26** day of **April, 2012.**

_____
Ron Clark, United States District Judge